IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED
2008 SEP 25 A 10: 03
CLERK, US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

SA08CA0793 XR

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | § § § § § § § § § § § § § |
| Plaintiff, | Civil Action No. |
| v. | COMPLAINT |
| R&L FOODS, INC., DOING BUSINESS AS PIZZA HUT, | **JURY TRIAL DEMAND** |
| Defendant. | |

## NATURE OF THE ACTION

This is an action under Title VII of the Civil Rights Act of 1964, as amended, and Title I of the Civil Rights Act of 1991, to correct unlawful employment practices on the basis of both race, Black, and retaliation, and to provide appropriate relief to Dominic Anderson, who was adversely affected by such practices. More specifically, the Equal Employment Opportunity Commission alleges that Defendant, R&L Foods, Inc., doing business as Pizza Hut, discriminated against Dominic Anderson by subjecting him to racial harassment sufficient to create a hostile work environment, and by terminating him in retaliation for engaging in statutorily protected activities in violation of Title VII.

## JURISDICTION AND VENUE

1.  Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337, 1343, and 1345. This action is authorized and instituted pursuant to Section 706(f)(1) and (3) of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e-5(f) (1) and (3) ("Title VII"), and Section 102 of the Civil Rights Act of 1991, 42 U.S.C. § 1981a.

2. The employment practices alleged to be unlawful were committed within the jurisdiction of the United States District Court for the Western District of Texas, San Antonio Division.

## PARTIES

3. Plaintiff, Equal Employment Opportunity Commission (the "Commission"), is the agency of the United States of America charged with the administration, interpretation and enforcement of Title VII, and is expressly authorized to bring this action by Section 706(f)(1) and (3) of Title VII, 42 U.S.C. § 2000e-5(f)(1) and (3).

4. At all relevant times, Defendant, R&L Foods, Inc., doing business as Pizza Hut (hereinafter "R&L Foods, Inc."), has continuously been a Texas corporation doing business in the State of Texas and the City of New Braunfels, and has continuously had at least 15 employees.

5. At all relevant times, Defendant, R&L Foods, Inc. has continuously been an employer engaged in an industry affecting commerce within the meaning of Sections 701(b), (g) and (h) of Title VII, 42 U.S.C. §§ 2000e(b), (g) and (h).

## STATEMENT OF CLAIMS

6. More than thirty days prior to the institution of this lawsuit, Dominic Anderson filed a charge with the Commission alleging violations of Title VII by Defendant, R&L Foods, Inc. All conditions precedent to the institution of this lawsuit have been fulfilled.

7. Since at least January 16, 2007, Defendant, R&L Foods, Inc. engaged in unlawful employment practices at its New Braunfels, Texas facility, in violation of Section 703(a)(1) of Title VII, 42 U.S.C. § 2000e-2(a), by regularly subjecting Dominic Anderson to a hostile work environment based on his race, Black, through racial slurs, racist jokes, verbal abuse, racially derogatory comments, ridicule, intimidation, and other demeaning comments and conduct

directed at Dominic Anderson which Defendant, R&L Foods, Inc. failed to take effective action to correct.

8. During April 2007, Defendant, R&L Foods, Inc. engaged in unlawful employment practices at its New Braunfels, Texas facility, in violation of Section 704 of Title VII, 42 U.S.C. § 2000e-3, when it terminated Dominic Anderson in retaliation for engaging in statutorily protected activities of opposing what he reasonably believed to be discriminatory conduct by complaining of the discrimination and participating in the filing of an EEOC charge.

9. The effect of the practices complained of in paragraphs seven and eight has been to deprive Dominic Anderson of equal employment opportunities and to otherwise adversely affect his status as an employee because of his race, Black.

10. The unlawful employment practices complained of in paragraphs seven and eight were intentional.

11. The unlawful employment practices complained of in paragraphs seven and eight were done with malice or with reckless indifference to the federally protected rights of Dominic Anderson.

**PRAYER FOR RELIEF**

Wherefore, the Commission respectfully requests that this Court:

A. Grant a permanent injunction enjoining Defendant, R&L Foods, Inc., its officers, agents, servants, employees, attorneys, and all persons in active concert or participation with them, from engaging in any employment practice which facilitates, condones, or encourages a hostile work environment based on race and any other employment practice which discriminates on the basis of race;

B.   Grant a permanent injunction enjoining Defendant, R&L Foods, Inc., its officers, agents, servants, employees, attorneys, and all persons in active concert or participation with them, from engaging in any form of retaliation for conduct protected by Title VII;

C.   Order Defendant, R&L Foods, Inc. to institute and carry out policies, practices, and programs which provide equal employment opportunities for Blacks and those who engage in statutorily protected activity, and which eradicate the effects of its past and present unlawful employment practices;

D.   Order Defendant, R&L Foods, Inc. to make whole Dominic Anderson, by providing appropriate back pay with prejudgment interest, in an amount to be determined at trial, and other affirmative relief necessary to eradicate the effects of its unlawful employment practices, including, but not limited to, the reinstatement of Dominic Anderson, or front pay in lieu thereof;

E.   Order Defendant, R&L Foods, Inc. to make whole Dominic Anderson, by providing compensation for past and future pecuniary losses resulting from the unlawful employment practices described in paragraphs seven and eight above, including, but not limited to, relocation expenses, job search expenses, and medical expenses, in an amount to be determined at trial;

F.   Order Defendant, R&L Foods, Inc. to make whole Dominic Anderson, by providing compensation for past and future nonpecuniary losses resulting from the unlawful practices complained of in paragraphs seven and eight above, including, but not limited to, emotional pain, suffering, inconvenience, loss of enjoyment of life, and humiliation, in an amount to determined at trial;

G. Order Defendant, R&L Foods, Inc. to pay Dominic Anderson punitive damages for engaging in discriminatory practices with malice or reckless indifference to Mr. Anderson's federally protected rights as described in paragraphs seven and eight, in an amount to be determined at trial;

H. Grant such further relief as the Court deems necessary and proper in the public interest; and

I. Award the Commission its costs of this action.

## JURY TRIAL DEMAND

The Commission requests a jury trial on all questions of fact raised by its Complaint.

Respectfully submitted,

RONALD S. COOPER
General Counsel

JAMES L. LEE
Deputy General Counsel

GWENDOLYN YOUNG REAMS
Associate General Counsel

_____
ROBERT A. CANINO
Regional Attorney
Oklahoma State Bar No. 011782

_____
JUDITH G. TAYLOR
Supervisory Trial Attorney
Texas State Bar No. 19708300
E-mail: judith.taylor@eeoc.gov

5

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
San Antonio Field Office
5410 Fredericksburg Rd., Suite 200
San Antonio, Texas 78229-3555
Telephone: (210) 281-7637
Facsimile: (210) 281-7669

**ATTORNEYS FOR PLAINTIFF**